**Order filed September 9, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00605-CV

_____

**EDDIE JENKINS, Appellant**

**V.**

**INVENTION RESOURCE INTERNATIONAL AND EMERY TRACY,**
**Appellee**

### On Appeal from the 295th District Court
### Harris County, Texas
### Trial Court Cause No. 2015-04487

## O R D E R

The clerk's record was filed September 8, 2015. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain an order sustaining the special appearance. However, the record does contain findings of fact and conclusions of law, signed June 22, 2015, which states the special appearance of defendant Emery Tracy is sustained.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **September 21, 2015**, containing the trial court's order sustaining the Emery Tracy's special appearance. If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM